| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Dorr, Richard E. | 2. Court or Organization  US District Court Western District of MO | 3. Date of Report  04/30/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active US District Court | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  222 John Q. Hammons Parkway Suite 3100 Springfield, MO 65806 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Dorr_Richard_E

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 04/30/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 04/30/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank Account | A | Int./Div. | K | T | | | | | |
| 2. Signature Bank CD (X) | A | Int./Div. | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 Edward Jones | | | | | | | | | |
| 4. -O'Reilly Automotive (ORLY) Common Stock | | None | M | T | | | | | |
| 5. -Growth Fund of America Mutual Fund (AGTHX) | | None | | | Sold | 06/18 | J | A | |
| 6. -SunAmerica Life Ins Polaris Variable Annuity | | None | K | T | | | | | |
| 7. -Hartford Life Director Variable Annuity | | None | K | T | | | | | |
| 8. -Great Southern Bank (GSBC) Comm Stk | B | Dividend | K | T | Buy | 06/18 | K | | |
| 9. -Guaranty Fed Bancshares Inc (GFED) Comm Stk | B | Dividend | J | T | | | | | |
| 10. MO State U. Aux Sys 4.375% | A | Int./Div. | | | Sold | 06/19 | J | | |
| 11. USAA Investment Mgmt Co. IRA | D | Dividend | M | T | | | | | |
| 12. -USAA GNMA Trust | B | | | | | | | | |
| 13. -USAA High-Yield Opportunities Fund | B | | | | | | | | |
| 14. -USAA Income Fund | A | | | | | | | | |
| 15. -USAA Income Stk Fund | A | | | | | | | | |
| 16. -USAA S & P 500 Index Fund Member Shares | A | | | | | | | | |
| 17. -USAA Short-Term Bond Fund | B | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Springfield Trust Co. CONDUIT IRA | E | Dividend | O | T | | | | | |
| 19. -CASH EQUIVALENTS | | | | | | | | | |
| 20. -Goldman Sachs F/S Federal Money Market Fund | | | | | | | | | |
| 21. -FIXED INCOME FUNDS | | | | | | | | | |
| 22. --Fed Total Return Sers BD FD Instl SV | | | | | Sold (part) | 1/30 | J | A | |
| 23. --Pimco FDS FGN BD UNH ADM | | | | | Sold (part) | 1/30 | J | A | |
| 24. | | | | | Buy | 12/12 | J | | |
| 25. --Vanguard Inflation Protected Securities FD | | | | | Sold (part) | 1/30 | J | A | |
| 26. --VGD GNMA Fund #536 | | | | | Sold (part) | 1/30 | J | | |
| 27. -EQUITY MUTUAL FUNDS | | | | | | | | | |
| 28. -- VGD Star Fd Dev Mkt Stk Index #227 | | | | | Buy | 1/30 | J | | |
| 29. --VGD IND 500 - INST #94 | | | | | Sold (part) | 1/30 | J | A | |
| 30. --DFA INVT Dimensions Group US Micro Cap | | | | | Buy | 1/30 | J | | |
| 31. | | | | | Buy | 12/12 | J | | |
| 32. -- DFA Invt Dimensions Group US Sml Cap | | | | | Buy | 1/30 | J | | |
| 33. | | | | | Buy | 12/12 | J | | |
| 34. -- DFA Invt Dimensions Group US Sml Cap Val | | | | | Buy | 1/30 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- DFA Invt Dimensions Group Large Cap Val | | | | | Buy | 1/30 | J | | |
| 36. | | | | | Buy | 12/12 | J | | |
| 37. --DFA Invt Dimensions Group Intl Val PTF | | | | | Buy | 1/30 | J | | |
| 38. -- DFA Invt Dimensions Group Intl Smcap Val | | | | | Buy | 1/30 | J | | |
| 39. -- DFA Invt Dimensions Group Intl Sml Ptfl | | | | | Buy | 1/30 | J | | |
| 40. -- DFA Invt Dimensions Group EMERG M KTS VAL | | | | | Buy | 1/30 | J | | |
| 41. | | | | | Buy | 12/12 | J | | |
| 42. -- DFA Invt Dimensions Group EMERG M KTS | | | | | Buy | 1/30 | J | | |
| 43. | | | | | Buy | 12/12 | J | | |
| 44. -- Pimco FDS PAC INVT MGMT SER CO MM RLTRN ADM | | | | | Sold (part) | 1/30 | J | A | |
| 45. | | | | | Buy | 12/12 | J | | |
| 46. -- Northern FDS Global R/E IDX | | | | | Buy | 1/30 | J | | |
| 47. | | | | | Buy | 12/12 | J | | |
| 48. -- Vanguard Index FDS GRW IDX Signal | | | | | Buy | 1/30 | L | | |
| 49. Ozark National Ordinary Life Ins. Policy | A | Int./Div. | J | T | | | | | |
| 50. Estate Trust #1 | | | | | | | | | |
| 51. - Guaranty Bank Account | A | Int./Div. | | | Closed | 11/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Revocable Trust #1 | C | Dividend | M | T | | | | | |
| 53. - Cash Equivalents | | | | | | | | | |
| 54. -- Goldman Sachs F/S Federal Money Market Fund | | | | | | | | | |
| 55. - Fixed Income Funds | | | | | | | | | |
| 56. -- Fed Total Return Sers BD FD INVTL SV | | | | | Sold (part) | 1/30 | J | A | |
| 57. | | | | | Sold (part) | 4/11 | J | A | |
| 58. | | | | | Sold (part) | 6/2 | J | A | |
| 59. | | | | | Sold (part) | 9/30 | J | | |
| 60. | | | | | Sold (part) | 12/31 | J | | |
| 61. -- Pimco FDS FGN BD UNH ADM | | | | | Sold (part) | 1/30 | J | A | |
| 62. | | | | | Sold (part) | 4/11 | J | | |
| 63. | | | | | Sold (part) | 6/2 | J | A | |
| 64. | | | | | Sold (part) | 12/31 | J | | |
| 65. -- Vanguard GNMA Fund #536 ADM SH | | | | | Sold (part) | 1/30 | J | A | |
| 66. | | | | | Sold (part) | 4/11 | J | A | |
| 67. | | | | | Sold (part) | 6/2 | J | A | |
| 68. | | | | | Sold (part) | 9/30 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Vanguard Inflation Protected Securities FD | | | | | Sold (part) | 1/30 | J | A | |
| 70. | | | | | Sold (part) | 4/11 | J | A | |
| 71. | | | | | Sold (part) | 6/2 | J | A | |
| 72. -Equity Mutual Funds | | | | | | | | | |
| 73. --DFA Invt Dimensions Group US Micro Cap | | | | | | | | | |
| 74. --DFA Invt Dimensions Group Intl Sml PT FL | | | | | Sold (part) | 6/2 | J | A | |
| 75. --DFA Invt Dimensions Group Intl SM CAP Val | | | | | | | | | |
| 76. --DFA Invt Dimensions Group US SM CAP VAL | | | | | Sold (part) | 9/2 | J | | |
| 77. | | | | | Buy | 9/30 | J | | |
| 78. --DFA Invt Dimensions Group LARGE CAP VAL | | | | | Sold (part) | 4/11 | J | | |
| 79. | | | | | Sold (part) | 6/2 | J | | |
| 80. | | | | | Sold (part) | 9/2 | J | | |
| 81. | | | | | Sold (part) | 11/17 | J | | |
| 82. | | | | | Buy | 12/31 | J | | |
| 83. --DFA Invt Dimensions Group US SML CAP | | | | | Sold (part) | 11/17 | J | | |
| 84. | | | | | Buy | 12/31 | J | | |
| 85. --DFA Invt Dimensions Group INTL VALUE PTF | | | | | Sold (part) | 4/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 6/2 | J | A | |
| 87.   --VGD Star FD DEV MKT #227 | | | | | Sold (part) | 4/11 | J | A | |
| 88. | | | | | Sold (part) | 6/2 | J | A | |
| 89. | | | | | Sold (part) | 12/31 | J | | |
| 90.   -- VGD IND 500-INST #94 | | | | | Sold (part) | 1/30 | J | A | |
| 91. | | | | | Sold (part) | 4/11 | J | A | |
| 92. | | | | | Sold (part) | 6/2 | J | A | |
| 93. | | | | | Sold (part) | 11/17 | J | | |
| 94. | | | | | Buy | 12/31 | J | | |
| 95.   -- Pimco FDS PAC INVT MGMT SER CO MM RLTRN ADM | | | | | Sold (part) | 1/30 | J | A | |
| 96. | | | | | Sold (part) | 4/11 | J | A | |
| 97. | | | | | Sold (part) | 6/2 | J | A | |
| 98.   -- Northern FDS Global Re/IDX | | | | | Sold (part) | 11/17 | J | | |
| 99. | | | | | Buy | 12/31 | J | | |
| 100.   -- Vanguard Index FDS GRW IDX Signal | | | | | Buy | 1/30 | J | | |
| 101. | | | | | Sold (part) | 6/2 | J | A | |
| 102. | | | | | Buy | 9/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 9/30 | J | | |
| 104. | | | | | Sold (part) | 11/17 | J | | |
| 105. | | | | | Buy | 12/31 | J | | |
| 106. --Vanguard Index FDS REIT ETF | | | | | Buy | 11/19 | J | | |
| 107. | | | | | Sold | 12/31 | J | A | |
| 108. --Vanguard Index FDS STK MRK ETF | | | | | Buy | 12/16 | K | | |
| 109. | | | | | Sold | 12/31 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 04/30/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 6, line 50.

When I closed the bank account (line 51) by distributing the balance to the trust beneficiaries, I, in fact, also closed the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544